FILED

NOV 1 3 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| C.R. AS NEXT FRIEND OF C.R., A MINOR § | |
| § | |
| VS. § | NO. 5:12-CV-01046-XR |
| § | |
| AMERICAN INSTITUTE FOR FOREIGN § | |
| STUDY, INC. D/B/A CAMP AMERICA § | |
| § | |
| V. § | |
| § | |
| CAMP STEWART FOR BOYS, INC. § | |

## AGREED FINAL JUDGMENT

ON THIS DATE, the above-referenced cause of action was called for hearing on the settlement reached between the Plaintiffs, Guardian Ad Litem, on behalf of the Minor Plaintiff, Third Party-Plaintiff/Defendant American Institute for Foreign Study, Inc. d/b/a Camp America and Defendant Camp Stewart for Boys, Inc. The Court conducted a hearing on said settlement, and after considering the claims, pleadings, and settlement terms, the Court finds that the settlement is fair and reasonable and is in the best interests of the Minor Plaintiff.

I.

Michael G. Sawicki, counsel for Plaintiffs, Paul Taylor, Guardian Ad Litem for Minor Plaintiff, Clinton Echols, counsel for Defendant Camp America, and Ralph Lopez, counsel for Camp Stewart announce that Defendants Camp America and Camp Stewart have agreed in full and final satisfaction and settlement of all claims the Plaintiff and Minor Plaintiff have or may have against Defendant Camp America and Defendant Camp Stewart to pay as follows:

Cash Payments Due at the Time of Settlement:

1. <u>Payments by Defendant Camp Stewart:</u>

To the Law Offices of Michael Sawicki, P.C. IOLTA the amount of $550,000.

2. <u>Payments by Defendant Camp America:</u>

To the Law Offices of Michael Sawicki, P.C. IOLTA the amount of $450,000.

All sums set forth in the section entitled Payments constitute damages on account of personal physical injuries or physical sickness, arising from an occurrence, within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

II.

After hearing, the Court finds that the Guardian Ad Litem has fully examined and considered the settlement terms presented to the Court and that the Ad Litem has approved said terms as being in the best interest of the Minor Plaintiff. The Court, having fully examined and considered all terms of the settlement, hereby expressly approves said terms as being in the best interest of the Minor Plaintiff.

III.

It is therefore, ORDERED, ADJUDGED, and DECREED that:

The terms of the settlement set forth hereinabove between the Plaintiffs, Minor Plaintiff, Defendant Camp America and Defendant Camp Stewart are hereby approved.

IV.

It is further, ORDERED, ADJUDGED, and DECREED that Paul Taylor, Guardian Ad Litem for the Minor Plaintiff, is awarded a fee of $4,000 which is hereby taxed against Defendant Camp America.

+ camp Stewart

-2-

It is further, ORDERED, ADJUDGED, and DECREED that except for the Ad Litem fee as ordered above, all costs are to be borne by the party incurring same.

SIGNED this 13th day of November, 2013.

_____
JUDGE PRESIDING

APPROVED AS TO CONTENT AND FORM:

By: _____
Mr. Michael G. Sawicki
Sawicki & Lauten
4040 N. Central Expwy., Suite 850
Dallas, Texas 75204
Telephone: (214) 468-8844
Facsimile: (214) 624-5960
msawicki@sawickilauten.com

ATTORNEYS FOR PLAINTIFFS

By: _____
    Mr. Paul Taylor
    Attorney at Law
    10010 San Pedro, Ste. 430
    San Antonio, Texas 78216
    Telephone: (210) 490-2031
    Facsimile: (210) 490-2166 Fax
    paul@ptaylor.com

GUARDIAN AD LITEM

By: _____
    Nathan M. Rymer
    State Bar No. 00792814
    Laura W. Slay
    State Bar no. 24045210
    Rymer, Moore, Jackson & Echols
    2801 Post Oak Blvd., Suite 250
    Houston, Texas 77056
    (713) 626-1550
    (713) 626-1558 – fax
    nrymer@rmjelaw.com

ATTORNEYS FOR DEFENDANT
AMERICAN INSTITUTE FOR FOREIGN
STUDY, INC., d/b/a CAMP AMERICA

By: _____
    Ralph A. Lopez
    Rosenthal Pauerstein
    Sandoloski Agather, LLP
    755 E. Mulberry, Suite 200
    San Antonio, Texas 78212
    (210) 225-5000
    (210) 354-4034
    RLopez@rpsalaw.com

ATTORNEYS FOR DEFENDANT
CAMP STEWART FOR BOYS, INC.